```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

TYRONE HURT, et al.           :    CIVIL ACTION
                              :
            v.                :
                              :
EXXON-MOBIL, et al.           :    NO. 12-5245

FILED
SEP 14 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 14th day of September, 2012, plaintiff having failed to either pay the $350 filing fee to commence this civil action or file a motion to proceed in forma pauperis,[1] it is ORDERED that this case shall be marked CLOSED for statistical purposes.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.

---

[1] The "motion" to proceed in forma pauperis in plaintiff's complaint contains no financial information. It is, therefore, insufficient for the Court to determine his ability to pay the filing fee to commence this case, and does not qualify as a true motion to proceed in forma pauperis. Plaintiff has filed over 80 lawsuits in this Court seeking to proceed in forma pauperis based on his bare statement that he lacks sufficient funds to pay the filing fee. Despite having been informed that this statement alone does not entitle him to in forma pauperis status absent additional financial information, he continues to file new lawsuits seeking to proceed in forma pauperis based solely on the same insufficient affidavit of poverty.